GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD. (OF CHRISTIANIA), Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN GERKA, Respondent, v. EAGLE WET WASH LAUNDRY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD HOPKINSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.; Finch and Martin, JJ., dissent.

BERTHA C. ZINN, as Administratrix, etc., of EDWARD F. ZINN, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WOODBURY ESTATE MINES, INC., Appellant, v. SILAS M. NEWTON, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES A. BISHOP, Respondent, v. WILLIAM RAY GARDINER and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants William Ray Gardiner and Alfred C. Mace, Jr., to answer within ten days from service of order upon payment of costs to date. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR GOLDSTEIN, Appellant, v. HERMAN HARJES, Respondent.— Order modified by granting the motion to strike out the sixth counterclaim set up in the answer to the amended complaint, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES R. HATMAKER, Respondent, v. NIKOLA TESLA, Appellant.— Judgment modified by deducting from the amount thereof the sum of $428.33 interest, thereby reducing the judgment as entered to the sum of $6,520, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. M. & K. REALTY CO., INC., Appellant, v. RUKO CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BILTMORE REALTY CORPORATION, Respondent, v. KANDELL REALTY CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ISAAC KALMOWITZ, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before February 21, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTON MEISTER.— Motion to dismiss appeal granted unless the appellant procure the record on appeal and appellant's points to be filed on or before March 1, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.